# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Michael Salvador Elisararras DEFENDANT(S). | CASE NUMBER ED12-00282M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _defendant_ , IT IS ORDERED that a detention hearing is set for _August 10_ , _2012_ , at _3:00_ ☐a.m. / ☒p.m. before the Honorable _Sheri Pym_ , in Courtroom _4_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _8/9/12_

SHERI PYM
~~U.S. District Judge~~/Magistrate Judge